UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

Case Number: 10-06721-8-SWH
Judge: STEPHANI W. HUMRICKHOUSE
Dated: April 17, 2014

In Re:

GARY DEWAYNE WITZ  REBECCA MAE WITZ
P.O. BOX 476
BRACEY, VA  23919

SSN (1): XXX-XX-1519  SSN (2): XXX-XX-0869

## TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above-referenced case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

**You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice Thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned Trustee, the debtors and counsel for the debtors.  If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the Trustee and the surety on the Trustee's bond will be released.**

1. The case was filed on August 20, 2010 and confirmed on May 27, 2011.
   The case was subsequently completed on March 21, 2014.

2. The amount paid to the Trustee by or on behalf of the debtors was $77,741.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---:|---:|---:|---:|
| CITIZENS COMMUNITY BANK | POST-PET SEC | $8,573.60 | $8,573.60 | $0.00 | $0.00 |
| CITICORP TRUST BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC BANK NEVADA, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JPMORGAN CHASE BANK, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| GE MONEY BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPT. STORES NATL. BANK/MACYS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOV. ASSOC., LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ALLIANCE ONE RECEIVABLES MNGT | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BENJAMIN E.F.B. WALLER | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIZENS COMMUNITY BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIZENS COMMUNITY BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIZENS COMMUNITY BANK | DIRECT | $175,259.43 | $0.00 | $0.00 | $0.00 |
| WILLIAMSBURG PLANTATION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ALLIANCE ONE RECEIVABLES MNGT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $18,204.53 | $5,009.62 | $0.00 | $13,194.91 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $41,312.44 | $11,368.60 | $0.00 | $29,943.84 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $32,732.28 | $9,007.45 | $0.00 | $23,724.83 |
| EAST BAY FUNDING, LLC | UNSECURED | $656.35 | $180.61 | $0.00 | $475.74 |
| BERNITA GRIMES | UNSECURED | $11,526.00 | $3,171.79 | $0.00 | $8,354.21 |
| JP MORGAN CHASE BANK, N.A. | UNSECURED | $5,618.02 | $1,546.00 | $0.00 | $4,072.02 |
| CITI | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $8,533.65 | $2,348.34 | $0.00 | $6,185.31 |
| DAVIDSON & KITZMANN, PLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DISCOVER BANK | UNSECURED | $11,917.64 | $3,279.56 | $0.00 | $8,638.08 |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | $19,487.04 | $5,362.55 | $0.00 | $14,124.49 |
| CAPITAL ONE, N.A. | UNSECURED | $7,198.68 | $1,980.97 | $0.00 | $5,217.71 |
| J.L. WALSTON & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| J.L. WALSTON & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| J.L. WALSTON & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| J.L. WALSTON & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| J.L. WALSTON & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| J.L. WALSTON & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| J.L. WALSTON & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---:|---:|---:|---:|
| J.L. WALSTON & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| J.L. WALSTON & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MANAGEMENT, INC | UNSECURED | $1,030.30 | $283.52 | $0.00 | $746.78 |
| MIDLAND CREDIT MANAGEMENT, INC | UNSECURED | $5,067.82 | $1,394.59 | $0.00 | $3,673.23 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $7,559.41 | $2,080.24 | $0.00 | $5,479.17 |
| AMERICAN EXPRESS BANK FSB | UNSECURED | $1,633.99 | $449.65 | $0.00 | $1,184.34 |
| DEPT. STORES NATIONAL BANK | UNSECURED | $863.62 | $237.65 | $0.00 | $625.97 |
| ECAST SETTLEMENT CORPORATION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NORTHLAND GROUP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND FUNDING, LLC | UNSECURED | $23,822.61 | $6,555.64 | $0.00 | $17,266.97 |
| VALLEY CARD | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| VALLEY CARD | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ASHLEY FURNITURE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $23,403.04 | $6,440.19 | $0.00 | $16,962.85 |
| CAPITAL ONE BANK USA, N.A. | UNSECURED | $9,786.15 | $2,693.01 | $0.00 | $7,093.14 |
| ECAST SETTLEMENT CORPORATION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |

4. Summary of Disbursements:

|  | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---:|---:|---:|---:|---:|
| **Claim Amount** | $183,833.03 | $0.00 | $230,353.57 | $0.00 | $414,186.60 |
| **Principal Paid** | $8,573.60 | $0.00 | $63,389.98 | $0.00 | $71,963.58 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtors' attorney was allowed $2,000.00 and was paid $2,000.00.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $1,688.76 for expenses and $1,688.76 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtors total $399.90.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety bond from any and all liability on account of the above-referenced case, closes the estate, and grants such other relief as may be just and proper.

cc: GARY DEWAYNE WITZ
REBECCA MAE WITZ

A. CHANCE WILKINSON
ATTORNEY AT LAW
106 GILLIAM ST
PO BOX 600
OXFORD, NC  27565

Dated: April 17, 2014

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box  61039
Raleigh, NC  27661-1039

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: GARY DEWAYNE WITZ                    CASE NUMBER: 1006721
DEBTOR 2 NAME: REBECCA MAE WITZ

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __4/18/2014__:

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

A. CHANCE WILKINSON,ATTORNEY AT LAW,106 GILLIAM ST,PO BOX 600 OXFORD NC 27565
ALLIANCE ONE RECEIVABLES MNGT,1684 WOODLANDS DRIVE SUITE 150,MAUMEE OH 43537
AMERICAN EXPRESS BANK FSB,c/o: BECKETT & LEE LLP,ATTORNEYS FOR CREDITOR,PO BOX 3001 MALVERN PA 19355-0701
ASHLEY FURNITURE,C/O CITIFINANCIAL RETAIL SERVICES,PO BOX 22060,TEMPE AZ 85285-2060
ASSOCIATED RECOVERY SYSTEMS,PO BOX 469046,ESCONDIDO CA 92046-9046
AT&T MOBILITY,ATTN: MNG AGT,PO BOX 6463,CAROL STREAM IL 60197-6463
BENJAMIN E.F.B. WALLER,WARD AND SMITH, P.A.,PO BOX 8088,GREENVILLE NC 27835-8088
BERNITA GRIMES,2405 FOXGLOVE CT.,BOZEMAN MT 59718
CAPITAL ONE BANK USA, N.A.,by AMERICAN INFOSOURCE LP,ATTN: OFFICER,PO BOX 71083 CHARLOTTE NC 28272
CAPITAL ONE, N.A.,c/o: BASS & ASSOCIATES, P.C.,3936 E. FT. LOWELL RD. STE. 200,TUCSON AZ 85712
CAPITAL ONE,PO BOX 30285,SALT LAKE CITY UT 84130-0285
CHASE,PO BOX 29505,PHOENIX AZ 85038-9505
CITICORP TRUST BANK,ATTN:  MANAGER OR REG. AGENT,PO BOX 70923,CHARLOTTE NC 28272-0923
CITI,PO BOX 22060,TEMPE AZ 85282-2060
CITIZENS COMMUNITY BANK,800 NORTH MECLENBURG AVENUE,SOUTH HILL VA 23970
CITIZENS COMMUNITY BANK,ATTN: JO ANN FARNSWORTH,800 NORTH MECKLENBURG AVENUE,P.O. BOX 490 SOUTH HILL VA 23970
CITIZENS COMMUNITY BANK,ATTN: THOMAS C. MANSON, PRES.,800 N. MECKLENBURG AVENUE,SOUTH HILL VA 23970
CREDITORS FINANCIAL GROUP,PO BOX 440290,AURORA CO 80044-0290
DAVIDSON & KITZMANN, PLC,ATTN: MNG AGT,211 E. HIGH ST.,CHARLOTTEVILLE VA 22902
DEPT. STORES NATIONAL BANK,NCO FINANCIAL SYSTEMS, INC.,ATTN: OFFICER,PO BOX 4275 NORCROSS GA 30091
DEPT. STORES NATL. BANK/MACYS,BANKRUPTCY PROCESSING,ATTN: OFFICER,PO BOX 8053 MASON OH 45040
DISCOVER BANK,DFS-SERVICES, LLC,PO BOX 3025,NEW ALBANY OH 43054-3025
DOMINION LAW FIRM,PO BOX 62719,VIRGINIA BEACH VA 23466-2719
EAST BAY FUNDING, LLC,c/o: RESURGENT CAPITAL SERVICES,PO BOX 288,GREENVILLE SC 29603
ECAST SETTLEMENT CORPORATION,PO BOX 29262,NEW YORK NY 10087-9262
FIA CARD SERVICES,SUCCESSOR IN INTEREST TO,BANK OF AMERICA; MBNA AMERICA BK,1000 SAMOSET DR. DE5-023-03-03 NEWARK DE 19713
GARY DEWAYNE WITZ,REBECCA MAE WITZ,P.O. BOX 476,BRACEY VA 23919
GE MONEY BANK,C/O RECOVERY MGMT. SYSTEMS CORP.,25 SE 2ND AVE., STE. 1120,MIAMI FL 33131
HSBC BANK NEVADA, N.A.,BASS & ASSOCIATES, P.C.,3936 E. FT. LOWELL RD. , STE. 200,TUCSON AZ 85712
HSBC CARD SERVICES,ATTN: MNG AGT,PO BOX 37281,BALTIMORE MD 21297-3281
HSBC/BEST BUY,ATTN: MNG AGT,PO BOX 17298,BALTIMORE MD 21297-1298
J.L. WALSTON & ASSOCIATES,ATTN: MNG AGT,326 S MAIN ST,EMPORIA VA 23847
JEFFERSON CAPITAL SYSTEMS, LLC,PO BOX 7999,SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS, LLC,PO BOX 953185,ST. LOUIS MO 63195
JP MORGAN CHASE BANK, N.A.,CHASE AUTO FINANCE, AZ1-1191,201 N. CENTRAL AVE.,PHOENIX AZ 85004
JPMORGAN CHASE BANK, N.A.,CHASE AUTO FINANCE,PO BOX 901032,FORT WORTH TX 76101-2032
LEADING EDGE RECOVERY SOLUTIONS,PO BOX 129,LINDEN MI 48451-0129
MIDLAND CREDIT MANAGEMENT, INC,ATTN:  OFFICER/MANAGER,8875 AERO DR., STE. 200,SAN DIEGO CA 92123
MIDLAND CREDIT MANAGEMENT,DEPT. 12421,PO BOX 603,OAKS PA 19456
MIDLAND FUNDING, LLC,by AMERICAN INFOSOURCE LP,PO BOX 248897,OKLAHOMA CITY OK 73124
MRS ASSOCIATES, INC,1930 OLNEY AVENUE,CHERRY HILL NJ 8003
NCO FINANCIAL SYSTEMS,PO BOX 15773,WILMINGTON DE 19850-5773

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __4/18/2014__             Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: GARY DEWAYNE WITZ                           CASE NUMBER: 1006721
DEBTOR 2 NAME: REBECCA MAE WITZ

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___4/18/2014___:

NCO FINANCIALS SYSTEMS, INC.,PO BOX 15630,DEPT. 72,WILMINGTON DE 19850
NORTHLAND GROUP,PO BOX 390905,MINNEAPOLIS MN 55439-0905
NORTHSTAR LOCATION SERVICES, LLC,4285 GENESEE ST.,BUFFALO NY 14225-1943
PORTFOLIO RECOV. ASSOC., LLC,PO BOX 41067,NORFOLK VA 23541
PRA RECEIVABLES MGMT., LLC,agent of PORTFOLIO RECOVERY ASSOC.,PO BOX 12914,NORFOLK VA 23541
RESURGENT CAPITAL SERVICES,ATTN:  MANAGER OR REG. AGENT,PO BOX 288,GREENVILLE SC 29603
VALLEY CARD,ATTN:  MANAGER OR REG. AGENT,PO BOX 83,STAUNTON VA 24402
WILLIAMSBURG PLANTATION,4870 LONGHILL RD.,WILLIAMSBURG VA 23188

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :___4/18/2014___                    Signature : ___Robert J. Wallace, Jr.___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134